500 A.2d 426

**Naomi A. GRUN, Petitioner,**

**v.**

**Bennie E. GRUN.**

**Bennie E. GRUN**

**v.**

**Naomi A. GRUN, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 18, 1985.

Petition for Allowance of Appeal GRANTED, Nos. 108 and 109 W.D. Appeal Docket 1985.